# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

**Date: August 1, 2008**

Courtroom Deputy: Ginny Kramer
Court Reporter: Suzanne Claar

---

**Criminal Case No. 07-cr-00183-REB**

| UNITED STATES OF AMERICA, | Gregory Rhodes |
|---|---|
| v. | |
| 15. KENNY HARRIS, Defendant. | Thomas Ward |

---

## CHANGE OF PLEA MINUTES

**2:30 p.m.    Court in session.**

This case is being heard simultaneously with 07-cr-00450-REB for efficiency.

Appearances of counsel.

The Defendant is present in Court (in custody).

Plea Agreement and Defendant's Statement in Advance of Plea of Guilty are tendered to the Court.

The Defendant is sworn.

The Defendant is 30 years old.

The Defendant is advised of his rights, including his right to trial by jury.

The Defendant is advised of the possible penalties, fines, supervised release, and special victim fund assessment fee.

The defendant's previous plea of Not Guilty is withdrawn.

The Defendant waives re-arraignment on Counts 1 and 66 of the Superseding Indictment.

The Defendant enters a Plea of **GUILTY** to **Counts 1 and 66** of the Superseding Indictment.

The Court's Findings of Fact and Conclusions of Law will be issued electronically.

The plea agreement of the parties as stated in court exhibits 1 and 2 conforms in form and substance to the requirements of law, including the requirements of D.C.COLO.LCr.R 11.1C and D.

**It was ORDERED as follows:**

1. That court's exhibits 1 and 2 are admitted into evidence;

2. That formal approval of the plea agreement is deferred pending the opportunity to consider the presentence report;

3. That the plea of **GUILTY to Counts 1 and 66** of the Superseding Indictment entered by the defendant, Kenny Harris, is received, accepted and approved;

4. That the Defendant is found **GUILTY of Counts 1 and 66** of the Superseding Indictment and admits to the allegations charged in forfeiture Count 60 of the Superseding Indictment;

5. That the probation department shall conduct a presentence investigation and file a presentence report as required by 18 U.S.C. § 3552 and Fed.R.Crim.P. 32;

6. That the Defendant's counsel shall contact the probation department as soon as practicable to arrange, schedule, and coordinate the defendant's involvement and participation in the required presentence investigation. The defendant shall fully cooperate with the probation department during the presentence investigation;

7. **That sentencing is scheduled for January 9, 2009, at 9:00 a.m.**

8. That any pending pretrial motions filed on behalf of Kenny Harris are **DENIED as MOOT**;

9. That the Defendant is remanded to the custody of the United States Marshal.

**3:25 p.m.    Court in recess.**

*Total in court time: 00:28 minutes - Hearing concluded*