AO 247 (06/09)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| KENNY HARRIS ) | Case No: 07-cr-00183-REB-15 |
| ) | USM No: 35035-013 |
| Date of Previous Judgment: March 5, 2009 ) | Raymond P. Moore, FPD |
| *(Use Date of Last Amended Judgment if Applicable)* ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    one hundred eighty (180) months as to Count One and one hundred twenty (120) months as to Count Sixty-Six, to be served concurrently, **is reduced to** one hundred forty-six (146) months as to Count One, which sentence and the sentence for Count Sixty-Six shall be served concurrently.

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 37 | Amended Offense Level: | 35 | |
| Criminal History Category: | V | Criminal History Category: | V | |
| Previous Guideline Range: | 324 to 405 months | Amended Guideline Range: | 262 to 327 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☐ The reduced sentence is within the amended guideline range.
☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other *(explain)*:

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated   March 5, 2009,   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   December 16, 2011                                  s/ Robert E. Blackburn
                                                                                           *Judge's signature*

Effective Date: _____                           Robert E. Blackburn, United States District Judge
              *(if different from order date)*                              *Printed name and title*